UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZUCKERMAN SPAEDER LLP,  )<br>  )<br>  Plaintiff & Counter-Defendant,  )<br>  )<br>v.  )<br>  )<br>JAMES A. AUFFENBERG, JR.  )<br>  )<br>  Defendant & Counter-Plaintiff  )<br>_____ ) | Civil Action No. 09-0906 (RBW) |

## STIPULATION OF DISMISSAL

The parties have executed an agreement to settle and resolve all claims and counterclaims in the above-referenced matter. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims and counterclaims they have asserted against one another in this matter. The parties have agreed to bear their own attorneys' fees and costs incurred in connection with this matter. The parties further agree that this stipulation is not intended to and shall not preclude any subsequent action to enforce the parties' settlement agreement.

              Respectfully submitted,

              ZUCKERMAN SPAEDER LLP

              By: /s/ Eric R. Delinsky
              Eric R. Delinsky, Esq. (D.C. Bar No. 460958)
              edelinsky@zuckerman.com
              1800 M Street, N.W., Suite 1000
              Washington, DC 20036-5807
              (202) 778-1831 (telephone)
              (202) 822-8106 (facsimile)

              *Counsel for Zuckerman Spaeder LLP*

HOLZWORTH & KATO, PC

By: /s/ David A. Holzworth
David A. Holzworth, Esq. (D.C. Bar No. 322966)
dah@hklawdc.com
1819 L Street, N.W.
Washington, D.C. 20036
(202) 223-9109
(202) 861-0610 (facsimile)

*Counsel for James A. Auffenberg, Jr.*

KOPELOWITZ OSTROW FERGUSON
WEISELBERG KEECHL

By: /s/ Fred A. Schwartz
Fred A. Schwartz, Esq.
schwartz@kolawyers.com
700 South Federal Highway, Suite 200
Boca Raton, Florida  33432
Schwartz@kolawyers.com
(561) 910-3064
(561) 361-1933 (facsimile)

*Counsel for James A. Auffenberg, Jr.*